Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 491-7949
Facsimile:  (310) 694-3967
Email:        avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP
dba Oxnard Manor Health Center*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>            Plaintiff,<br><br>     vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>            Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EXHIBITS TO DECLARATION OF WILLIAM MORISON**<br><br>**Date: April 19, 2023**<br>**Time: 1:30 p.m.**<br>**Location:  Courtroom 5C**<br><br>Original Complaint Filed: 2/6/23<br>Removal: 2/22/23<br>Trial: 2/27/24 |

1
PLAINTIFF'S EVIDENTIARY OBJECTIONS

| Evidence | Objection |
|---|---|
| 1. Exhibit ("Ex.") A to Declaration of William C. Morison ("Morison Decl."), February 4, 2019 Letter to Yalda S. Neil, Esq. at Rockport Administrative Services | Document is not subject to judicial notice.  *See* Reply Brief.  Document is not relevant to any affirmative defense.  F.R.E. 402.  No defenses rely upon or reference this document.  Defendant does not contend otherwise. |
| 2. Ex. B to Morison Decl., June 6, 2019 Letter to Thomas Falazano. | Document is not subject to judicial notice.  *See* Reply Brief.  Document is not relevant to any affirmative defense.  F.R.E. 402.  No defenses rely upon or reference this document.  Defendant does not contend otherwise.  Defendant contends that this document placed Oxnard on notice of its defenses, but this is the first time it has produced this document. |
| 3. Ex. C to Morison Decl., February 28, 2023 correspondence to Avi Wagner, Esq. | Document is not subject to judicial notice.  *See* Reply Brief.  Document is not relevant to any affirmative defense.  F.R.E. 402.  No defenses rely upon or reference this document.  Defendant does not contend otherwise. |
| 4. Ex. D to Morison Decl., Notice of Denial of Application from California Department of Public Health retrieved from advocacy group CANHR Long Term Care Justice and Advocacy (California Advocates for Nursing Home Reform), www.canhr.org | Document is not relevant to any affirmative defense.  F.R.E. 402.  No defenses rely upon or reference this document.  Defendant does not contend otherwise, and has not identified what portion of this document is purportedly relevant to any affirmative defense.  Defendant is also using this out of court hearsay for the truth of the matter asserted. F.R.E. 801.  Document lacks foundation; this was retrieved from the website of an advocacy group, not a government entity.  F.R.E. 901.  Defendant contends that this document placed Oxnard on notice of its defenses, but this is the first time it has produced this document. |

| | |
|---|---|
| 5. Ex. E to Morison Decl., Emergency Motion to Disqualify Stalking Horse Parties From (1) Interim Management Of Debtors' Facilities, And (2) Purchasing Debtors' Facilities Or Assets (with declaration and proof of service) filed August 28, 2014 by the Attorney General of California in United States Bankruptcy Court for the Central District of California, number 8:14-bk-11335-CB (lead case) (ECF 631). | Document is not subject to judicial notice. *See* Reply Brief. Document is not relevant to any affirmative defense. F.R.E. 402. Plaintiff has not identified what portion of the document is allegedly relevant, but large portions of it have been stricken. *See* Wagner Declaration, Ex. A. |
| 6. Ex. I to Morison Decl., April 27, 2020 letter to me from Oxnard Manor LP agent Kayla M. Robinson of Pasich, LLP in which defendants in *DeSoto* were identified as defendants in *Foreman v. Rechnitz, et al.*, Los Angeles County Superior Court number BC559909, JAMS Arbitration number 1220052954, and coordinated class actions identified as "JCCP4988". | Document is not subject to judicial notice. *See* Reply Brief. Document is not relevant to any affirmative defense. F.R.E. 402. No defenses rely upon or reference this document. Document does not even reference Plaintiff except to identify it as an "insured" in the *Foreman* action. |
| 7. Ex. J to Morison Decl., A true and complete copy of Oxnard Manor LP's insurance application in Hallmark's underwriting file. | Document is not subject to judicial notice. *See* Reply Brief. Document is not relevant to any affirmative defense. F.R.E. 402. No defenses rely upon or reference this document. Defendant does not contend otherwise. Document lacks foundation; declarant has no personal knowledge as to the contents of his client's underwriting file. F.R.E. 901. Defendant contends that this document placed Oxnard on notice of |

| | |
|---|---|
| | its defenses, but this is the first time it has produced this document. |

DATED: April 5, 2023          THE WAGNER FIRM

By: */s/ Avi Wagner*
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email:         avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center*