Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 491-7949
Facsimile:   (310) 694-3967
Email:        avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP*
*dba Oxnard Manor Health Center*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100, <br><br> Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR (Removed from Los Angeles County Superior Court, Case No. 23STCV02077) <br><br> **DECLARATION OF AVI WAGNER IN SUPPORT OF PLAINTIFF'S REPLY RE: MOTION TO STRIKE** <br><br> **Date: April 19, 2023** <br> **Time: 1:30 p.m.** <br> **Location:  Courtroom 5C** <br><br> Original Complaint Filed: 2/6/23 <br> Removal: 2/22/23 <br> Trial: 2/27/24 |

I, Avi Wagner, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the principal of The Wagner Firm, counsel for plaintiff Oxnard Manor LP dba Oxnard Manor Health Center ("Oxnard") in this matter.  I have personal knowledge of the matters set forth herein and if called to testify could and would truthfully testify to the following.

2.      I make this Declaration in support of Plaintiff Oxnard's Motion to Strike Portions of Defendant's Answer or, in the Alternative, for a More Definite Statement.

3.      Attached hereto as Exhibit A is a true and correct copy of the November 11, 2022 Order Granting Motion to Strike by Shlomo Rechnitz filed in *In re: Plaza Healthcare Center LLC*, Central District of California Bankruptcy Court Case No. 8:14-bk-11335-TA.  The document is a public record that I retrieved from PACER that was filed by the same court and signed by United States Bankruptcy Judge the court and signed by bankruptcy court judge Theodor C. Albert.  It is not subject to reasonable dispute because it can be accurately and readily determined from a source whose accuracy cannot be questioned.  F.R.E. 201(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2023.              */s/ Avi Wagner*

                                        Avi Wagner