# Exhibit A

1　RICHARD M. PACHULSKI (Cal. Bar No. 90073)
　　ROBERT B. ORGEL (Cal. Bar No. 101875)
2　PACHULSKI STANG ZIEHL & JONES LLP
　　10100 Santa Monica Blvd., 13th Floor
3　Los Angeles, CA 90067
　　Telephone: (310) 277-6910
4　Facsimile: (310) 201-0760
　　E-mail:　rpachulski@pszjlaw.com
5　　　　　　rorgel@pszjlaw.com

6　Attorneys for Shlomo Rechnitz

**FILED & ENTERED**

**NOV 02 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

7

8　**UNITED STATES BANKRUPTCY COURT**
　　**CENTRAL DISTRICT OF CALIFORNIA**
　　**SANTA ANA DIVISION**

9

10　In re:

11　Plaza Healthcare Center LLC,

12　　　　　Debtor and Debtor-in-Possession.

13

14

15　☒ Affects All Debtors

16　☐ Affects Belmont Heights Healthcare Center LLC
　　☐ Affects Claremont Healthcare Center Inc.
17　☐ Affects Country Villa East LP
　　☐ Affects Country Villa Imperial LLC
18　☐ Affects Country Villa Nursing Center Inc.
　　☐ Affects Country Villa Southbay LLC
19　☐ Affects East Healthcare Center LLC
　　☐ Affects Los Feliz Healthcare Center LLC
20　☐ Affects Mountainside Operating Company LLC
　　☐ Affects North Healthcare Center LLC
21　☐ Affects North Point Health & Wellness Center LLC
22　☐ Affects Plaza Convalescent Center LP
　　☐ Affects Plaza Healthcare Center LLC
23　☐ Affects RRT Enterprises LP
　　☐ Affects Sheraton Healthcare Center LLC
24　☐ Affects South Healthcare Center LLC
　　☐ Affects Westwood Healthcare Center LLC
25　☐ Affects Westwood  Healthcare Center LP
　　☐ Affects Wilshire Healthcare Center LLC

26　　　　　Debtors and Debtors-in-Possession.

27

28

Lead Case No.:  8:14-bk-11335-TA
(Jointly Administered)
Case No. 8:14-bk-11337-TA
Case No. 8:14-bk-11358-TA
Case No. 8:14-bk-11359-TA
Case No. 8:14-bk-11360-TA
Case No. 8:14-bk-11361-TA
Case No. 8:14-bk-11362-TA
Case No. 8:14-bk-11363-TA
Case No. 8:14-bk-11364-TA
Case No. 8:14-bk-11365-TA
Case No. 8:14-bk-11366-TA
Case No. 8:14-bk-11367-TA
Case No. 8:14-bk-11368-TA
Case No. 8:14-bk-11370-TA
Case No. 8:14-bk-11371-TA
Case No. 8:14-bk-11372-TA
Case No. 8:14-bk-11373-TA
Case No. 8:14-bk-11375-TA
Case No. 8:14-bk-11376-TA

Chapter 11 Cases

**ORDER GRANTING MOTION TO STRIKE BY SHLOMO RECHNITZ**

Date:　　November 2, 2022
Time:　　10:00 a.m.
Place:　　Courtroom 5B
　　　　　411 West Fourth Street
　　　　　Santa Ana, CA 92701

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

DOCS_LA:315544.10 73538/001

The Court has read and considered the *Motion to Strike by Shlomo Rechnitz* filed by Shlomo Rechnitz (the "Motion") (Docket No. 2652) seeking to have the Court strike certain statements made in the *Emergency Motion To Disqualify Stalking Horse Parties From (1) Interim Management Of Debtors' Facilities, And (2) Purchasing Debtors' Facilities Or Assets* (the "Emergency Motion") (Docket No. 631) filed by the California Department of Health Care Services ("DHCS") and the California Department of Public Health ("CDPH"), the *Request for Judicial Notice re Answers to Complaint and Cross-Complaint of Ontario Grove in Support of Motion to Strike* filed by Shlomo Rechnitz (Docket No. 2654) (which evidence is referenced at in Article II., paragraph 1, on page 7 of the Motion), the *Stipulation For Withdrawal Of Opposition To Motion To Strike* (Docket No. 2946) and the *Order Granting Stipulation For Withdrawal Of State's Opposition To Motion To Strike* (Docket No. 2947), and with no opposition having been timely filed to the Motion that has not been withdrawn, and with good cause shown,

**THE COURT HEREBY ORDERS** as follows:

1.      The Motion is **GRANTED**.

2.      There is no admissible evidence in support of the allegations in the Emergency Motion of (i) any history or pattern of violations of state or federal regulations by Shlomo Rechnitz ("Rechnitz"), Brius, LLC ("Brius") or their affiliates, (ii) any quality of care issues at any facilities owned by Rechnitz, Brius or their affiliates, (iii) any prospective impairment of the ability of Rechnitz, Brius or their affiliates to operate the Debtors' facilities, (iv) any issue concerning the financial wherewithal of Rechnitz, Brius or their affiliates, or (v) any acts evincing bad character on the part of Rechnitz, Brius or their affiliates.  There being no factual basis for such allegations, all

//

//

//

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

DOCS_LA:315544.10 73538/001

1    such allegations in the Emergency Motion or supporting declarations of Jean Iacino and Bob Sands

2    attached to the Emergency Motion are stricken.

3

4                                            ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: November 2, 2022

24                                            Theodor C. Albert
                                             United States Bankruptcy Judge

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

2