Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email:       avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>               Plaintiff,<br><br>     vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>               Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**DECLARATION OF AVI WAGNER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**Date: May 3, 2023\*\***<br>**Time: 1:30 p.m.**<br>**Location:  Courtroom 5C**<br><br>**\*\*Will seek to advance hearing**<br>Original Complaint Filed: 2/6/23<br>Removal: 2/22/23<br>Trial: 2/27/24 |

DECLARATION OF AVI WAGNER

I, Avi Wagner, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the principal of The Wagner Firm, counsel for plaintiff Oxnard Manor LP dba Oxnard Manor Health Center ("Oxnard") in this matter. I have personal knowledge of the matters set forth herein and if called to testify could and would truthfully testify to the following.

2. I make this Declaration in support of Plaintiff Oxnard's Motion for Leave to File a First Amended Complaint.

3. On April 3, 2023 my office e-mailed counsel for Defendant, William C. Morison, asking whether his client would stipulate to allowing Plaintiff to amend its complaint to include allegations related to the insurance policies in effect from June 1, 2017 to June 1, 2018.

4. On April 4, 2023, my office e-mailed Mr. Morison the proposed First Amended Complaint ("FAC") to review.

5. Later that afternoon Mr. Morison responded questioning whether the new cause of action would be barred by the statute of limitations. I responded with relevant authority indicating it was not and requesting that Mr. Morison either agree to stipulate to the amendment or indicate that he was available to confer on a motion to amend.

6. Knowing that any motion to amend must be filed by April 5, 2023 to comply with the Court's Pre-Trial Scheduling Order, my office followed up on April 5 repeating my earlier request and noting the urgency.

DECLARATION OF AVI WAGNER
1

7. Later that afternoon, Mr. Morison indicated via e-mail that he was unavailable to confer until April 7.

8. I e-mailed in response proposing a time on April 7 and indicating that, while the Motion must be filed prior to conferring, we would still try to avoid the need for the motion to be decided at that conference.

9. Attached hereto as Exhibit A is a true and correct copy of the complete e-mail correspondence described in paragraphs 3 through 8.

10. I only became aware that Defendant intended to argue that the *DeSoto* Suit at issue in this action was not a covered claim under the polices in effect from June 1, 2018 to June 1 2019 ("18/19 Policies') because it was a claim made under the 17/18 Policies when it reviewed Defendant's Opposition to Plaintiff's Motion to Strike Portions of Defendant's Answer. D.E. 16.

11. I did not ascertain this litigation position from reviewing Defendant's Answer or the affirmative defenses pleaded therein.

12. Once I became aware of this, in less than a week I sought the stipulation to amend the Complaint described above, and now file this Motion one week since becoming aware of the underlying facts.

13. Plaintiff has not served any discovery requests in this action, nor been served with any such requests.

14. Attached hereto as Exhibit B is a true and correct copy of the redlined version of the operative Complaint showing the changes in the proposed First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2023.  /s/ Avi Wagner
Avi Wagner