Charissa Morningstar <charissa.morningstar@gmail.com>

## Oxnard Manor v. Hallmark: Amending Complaint

**Avi Wagner** <avi@thewagnerfirm.com>                                     Wed, Apr 5, 2023 at 5:04 PM
To: "Morison, William" <wcm@morison.law>
Cc: Charissa Morningstar <charissa.morningstar@gmail.com>, "Joanne M. Wendell" <JMW@morison.law>

Will do.

On Wed, Apr 5, 2023 at 5:46 PM Morison, William <wcm@morison.law> wrote:

> Yes, that works for me. Please call me then
>
> 
>
> **MORISON LAW**, LLP
>
> William C. Morison
>
> Managing Partner
>
> 3478 Buskirk Avenue · Suite 342
>
> Pleasant Hill · CA 94523
>
> t 925.937.9990 · f 925.937.3272
>
> ---
>
> **From:** Avi Wagner <avi@thewagnerfirm.com>
> **Sent:** Wednesday, April 5, 2023 3:16 PM
> **To:** Morison, William <wcm@morison.law>
> **Cc:** Charissa Morningstar <charissa.morningstar@gmail.com>; Joanne M. Wendell <JMW@morison.law>
> **Subject:** Re: Oxnard Manor v. Hallmark: Amending Complaint
>
>
> The 5-3 deadline to have motions to amend heard is the driver. We will file today but let's confer further on Friday in the hopes of obviating the need to have the motion heard. Does Friday at 2 work for you?
>
>
> On Wed, Apr 5, 2023 at 3:53 PM Morison, William <wcm@morison.law> wrote:
>
>> I am in a deposition.  Oxnard is not my only case.  You only just mentioned this week that you intended to file a motion to amend.  If necessary, I can do a LR 7-3 conf Friday afternoon, April 7.  Please suggest a time. The conf, however, may not be necessary.  What is the basis for your claim that you must file the motion today?
>>
>> 

**MORISON LAW**, LLP

William C. Morison

Managing Partner

3478 Buskirk Avenue · Suite 342

Pleasant Hill · CA 94523

t 925.937.9990 · f 925.937.3272

---

**From:** Charissa Morningstar <charissa.morningstar@gmail.com>
**Sent:** Wednesday, April 5, 2023 1:22 PM
**To:** Avi Wagner <avi@thewagnerfirm.com>
**Cc:** Morison, William <wcm@morison.law>; Joanne M. Wendell <JMW@morison.law>
**Subject:** Re: Oxnard Manor v. Hallmark: Amending Complaint

Bill:

If you are unwilling to stipulate to the amendment, we must file out motion to amend today. Please confirm whether you will stipulate, or what time you are available to confer this afternoon.

Thanks,

Charissa

On Tue, Apr 4, 2023 at 12:55 PM Avi Wagner <avi@thewagnerfirm.com> wrote:

> Bill,
>
> Due to the application of tolling under Lambert v. Commonwealth Land Title Insurance Company, 53 Cal. 3d 1072 (1991) and it's progeny, as well as principles of relation back. Please let us know if you will stip to the amendment or if not when we can confer in the next couple of days.
>
> Thanks,
>
> Avi
>
> On Tue, Apr 4, 2023 at 1:12 PM Morison, William <wcm@morison.law> wrote:
>
>> Charissa:

Thank you.  We will review it.

Why do you believe that the claims based on the policies you wish to add are not barred by the 4-year statute of limitations for actions on written contracts?

Best regards, Bill



**MORISON LAW**, LLP

William C. Morison

Managing Partner

3478 Buskirk Avenue · Suite 342

Pleasant Hill · CA 94523

t 925.937.9990 · f 925.937.3272

---

**From:** Charissa Morningstar <charissa.morningstar@gmail.com>
**Sent:** Tuesday, April 4, 2023 12:02 PM
**To:** Morison, William <wcm@morison.law>
**Cc:** Joanne M. Wendell <JMW@morison.law>; Avi Wagner <avi@thewagnerfirm.com>
**Subject:** Re: Oxnard Manor v. Hallmark: Amending Complaint

Bill:

We agree that you may file a new answer, although the filing of an amended complaint does not necessarily moot the previously filed answer.  *See KST Data, Inc. v. DXC Tech*., 980 F.3d 709, 714-15 (9th Cir. 2020).

Our proposed FAC is attached.

Thanks,

Charissa

On Mon, Apr 3, 2023 at 4:22 PM Morison, William <wcm@morison.law> wrote:

> Charissa:

Are you attempting to moot your pending motion?

Please provide us with the proposed amended complaint so that we may consider your request.

Best regards, Bill

**MORISON LAW**, LLP

William C. Morison

Managing Partner

3478 Buskirk Avenue · Suite 342

Pleasant Hill · CA 94523

t 925.937.9990 · f 925.937.3272

---

**From:** Charissa Morningstar <charissa.morningstar@gmail.com>
**Sent:** Monday, April 3, 2023 3:59 PM
**To:** Morison, William <wcm@morison.law>
**Cc:** Avi Wagner <avi@thewagnerfirm.com>; Joanne M. Wendell <JMW@morison.law>
**Subject:** Oxnard Manor v. Hallmark: Amending Complaint

Bill,

Would you be willing to stipulate to Plaintiff's filing of an Amended Complaint? The amendment would be the addition of references to the 2017/18 Primary and Excess Policies.

Thanks,

Charissa

--

The Wagner Firm

1925 Century Park East, Suite 2100

Los Angeles, CA 90067