1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR (Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF AVI WAGNER

On May 3, 2023, Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center's Motion for Leave to File a First Amended Complaint came for hearing.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff file the First Amended Complaint lodged contemporaneously with its Motion.

IT IS SO ORDERED.

Dated: _____

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE