# PROOF OF SERVICE

*Oxnard Manor LP dba Oxnard Manor Health Center v. Hallmark Specialty Ins. Co.*
United States District Court, Central District of California, No. 2:23-cv-01322-SPG-MAR

I, the undersigned, declare:

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and am not a party to the within action. My business address is 3478 Buskirk Avenue, Suite 342, Pleasant Hill, California 94523.

On August 30, 2023, I served electronically the following document(s):

REPLY IN SUPPORT OF MOTION FOR
PARTIAL JUDGMENT ON THE PLEADINGS

On the interested party/parties in this action, as follows:

Avraham N. Wagner
The Wagner Firm
1925 Century Park East, Suite 2100
Los Angeles, California 90067
avi@thewagnerfirm.com

| | |
|---|---|
| X | BY ELECTRONIC TRANSMISSION: Pursuant to the E-Filing System of the United States District Court, Central District of California, to the party/parties at the e-mail addresses on the Court's website. |

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct, and that this Certificate was executed on August 30, 2023 at Pleasant Hill, California.

_____
Joanne M. Wendell

- 1 -

PROOF OF SERVICE
DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE
AND DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF, SET ONE (WITH EXHIBITS A-H)
2:23-CV-01322-SPG-MAR