Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 491-7949
Facsimile:   (310) 694-3967
Email:         avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>　　　　　　　　Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER WAIVING THE PRE-MOTION TELEPHONIC CONFERENCE REQUIREMENT FOR DISCOVERY MOTIONS, OR, PERMITTING THE CONFERENCE TO OCCUR POST-FILING**<br><br>**Date: Ex Parte**<br>**Time: Ex Parte**<br>**Location:  Courtroom 790** |

[PROPOSED] ORDER

Plaintiff Oxnard Manor, LP's *Ex Parte* Application for an Order Waiving the Pre-Motion Telephonic Conference Requirement for Discovery Motions, or, Permitting the Conference to Occur Post-Filing came on for hearing in Courtroom 790 of the Edward R. Roybal Courthouse, United States District Court, Central District of California, Magistrate Margo A. Rocconi, presiding.  The Court, having read and considered the application, all opposition and reply papers and the argument of the parties (if any), and good cause appearing rules as follows:

Plaintiff's *Ex Parte* Application is Granted and the Court Orders that Plaintiff may file a Motion to Compel without a Pre-Motion Telephonic Conference.

OR

Plaintiff's *Ex Parte* Application is Granted and the Court Orders that the Pre-Motion Telephonic Conference will occur after the Motion to Compel is filed, on _____, 2023.

Dated: _____, 2023

_____
Magistrate Margo A. Rocconi
United States Magistrate Judge