Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP*
*dba Oxnard Manor Health Center*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>　　　　　　　Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>Hon. Sherilyn Peace Garnett<br>Magistrate Margo A. Rocconi<br><br>**JOINT EXHIBIT LIST**<br><br><br>Original Complaint Filed: 2/6/23<br>Removal: 2/22/23<br>Trial: 4/30/24 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Oxnard Manor E-Mail to Hallmark Dated 01/30/18 With Attached Request For Medical Records, HSIC-000901, 926-929 | Business Record of Party Opponent | **D:** No foundation, incomplete, amalgamation of multiple, unrelated documents | | |
| 2 | E-Mail From Avraham Wagner for Oxnard Manor to Hallmark dated October 22, 2019, HSIC 9207-08; ECF 62-6 | Sean Cowdrey | **D:** No foundation, hearsay, CRPC 2-100 | | |
| 3 | Hallmark e-mail to Oxnard Manor counsel Avraham Wagner and Geraldine Barrows dated 10/08/19 regarding DeSoto, HSIC-000996-997 | Sean Cowdrey | **D:** No foundation, hearsay, CRPC 2-100 | | |
| 4 | DeSoto Settlement Agreement and Release effective January 9, 2020 [FILED UNDER SEAL], OM000510-519 | Sean Cowdrey | **D:** Hearsay | | |
| 5 | Foreman Complaint (LASC BC559909) filed 10/07/14, HSIC-000329-500 [Kelly Ex. 5] | Judicial Notice | **D:** This is Kelly Exhibit 4, not Exhibit 5. Stipulated as to the actual document with those Bates numbers | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 6 | Hallmark November 2017 Best Practices for Healthcare Claims Produced by Hallmark, (HSIC-000677-694) Kelly Depo. Ex. 6 | Business Record of Party Opponent | **D:** Stipulated | | |
| 7 | January 22, 2019 Answer Filed on Behalf of All DeSoto Defendants by Lewis Brisbois, (OM000005- OM000011), Kelly Depo. Ex. 7 | Business Record of Party Opponent | **D:** Lewis Brisbois is not a party opponent, irrelevant, hearsay, no foundation | | |
| 8 | 1/31/18 Acknowledgment of Tender, HSIC-000901, Kelly Depo. Ex. 8 | Business Record of Party Opponent | **D:** Stipulated | | |
| 9 | Hallmark Internal Case Notes for January 30, 2018 Tender of DeSoto Produced by Hallmark, (HSIC-000925), Kelly Depo. Ex. 9 | Business Record of Party Opponent | **D:** Irrelevant, 403 | | |
| 10 | DeSoto Complaint filed 10/24/18, HSIC-0001033-54; Kelly Depo Ex. 10 | Judicial Notice | **D:** Stipulated | | |
| 11 | August 22, 2023 Hallmark Privilege Log, No Bates Stamp; Kelly Depo. Ex. 11 | Self-Authenticating | **D:** Irrelevant, 403, no foundation, MIL regarding attorney-client privilege | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 12 | Hallmark Policy No. 75LTP000118 (Eff. 06/01/17-06/01/18), HSIC-000566-607; Kelly Depo Ex. 12 | Business Record of Party Opponent | **D:** Stipulated | | |
| 13 | September 19, 2019 E-Mail from Cowdrey Firm to Christine Jensen re: *DeSoto* Mediation, HSIC-008270-72, Kelly Depo. Ex. 13 | Business Record of Party Opponent | **D:** No foundation, hearsay, irrelevant, 403 | | |
| 14 | October 2019 Email re: Mediation of *DeSoto,* HSIC 9288-90, Kelly Depo. Ex. 14 | Business Record of Party Opponent | **D:** Incomplete Exhibit, incomplete email string, see HSIC 0996-0997, irrelevant, 403 | | |
| 15 | Hallmark Redacted Internal Case Notes for DeSoto Produced by Hallmark, (HSIC-009295); Kelly Depo Ex. 15 | Business Record of Party Opponent | **D:** Irrelevant, 403, MIL regarding attorney-client privilege | | |
| 16 | Correspondence from Thomas Falzarano of The Boxwood Group ("Falzarano") to Hallmark dated 03/29/19, HSIC 9390-9395, Kelly Depo Ex. 16 | Business Record of Party Opponent | **D:** No foundation, hearsay | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 17 | Correspondence from Falzarano to Hallmark dated 08/01/19, HSIC 9396-9401, Kelly Depo Ex. 17 | Business Record of Party Opponent | **D:** No foundation, hearsay | | |
| 18 | July 2023 Email to Amanda Fioretti re: Renewal of 2018 Policy, HSIC-005211-5252, Kelly Depo. Ex. 18 | Business Record of Party Opponent | **D:** No foundation, hearsay, irrelevant, 403 | | |
| 19 | Redacted Hallmark E-mail Correspondence on *DeSoto*, HSIC-009251-56; Kelly Depo. Ex. 19 | Business Record of Party Opponent | **D:** Irrelevant, 403, MIL regarding attorney-client privilege, duplicate in part with Kelly Exhibit 14 | | |
| 20 | November 2018 E-Mail to Yalda on *DeSoto, Love* Claims, HSIC-008717, Kelly Depo Ex. 20 | Business Record of Party Opponent | **D:** Stipulated | | |
| 21 | Hallmark correspondence to Oxnard Manor dated 02/04/19 ("Denial"), HSIC-001005-1032, Kelly Depo Ex. 21 | Business Record of Party Opponent | **D:** Stipulated | | |
| 22 | Foreman Complaint (LASC BC559909) filed 02/26/15 | Judicial Notice | **D:** Not produced in discovery | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 23 | Foreman Second Amended Complaint, (OM002481-2579) | Judicial Notice | **D:** Irrelevant, 403, not provided to Hallmark at relevant time | | |
| 24 | Foreman Third Amended Complaint, (OM002253-2421) | Judicial Notice | **D:** Irrelevant, 403, not provided to Hallmark at relevant time | | |
| 25 | Underwriting File Associated with Oxnard's Application for 17/18 Policy Produced by Hallmark, (HSIC-002453-2534), Kelly Depo Ex. 25 | Business Record of Party Opponent | **D:** No foundation, AmWins is not a party opponent, irrelevant, 403 | | |
| 26 | Additional Underwriting Documents and Loss Run, HSIC-009328-9341, Kelly Depo Ex. 26 | Business Record of Party Opponent | **D:** No foundation, AmWins and CNA are not party opponents, hearsay, irrelevant, 403 | | |
| 27 | October 2, 2019 E-Mail from Yalda to Hallmark re: *DeSoto* Mediation, HSIC-000998, Kelly Depo Ex. 27 | Business Record of Party Opponent | **D:** Incomplete email string, irrelevant, 403, see HSIC 0996-997, CRPC 2-100 | | |
| 27 | August 22, 2018 Foreman Request for Dismissal of Oxnard (OM010164-166) | Yalda Neil | **D:** Irrelevant, 403, not provided to Hallmark at relevant time | | |

6

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 28 | September 11, 2023 Order Denying Motion for Partial Judgment on the Pleadings, [ECF 50] | Judicial Notice | **D:** Irrelevant, 403, hearsay, litigation privilege Civil Code §47 | | |
| 29 | Hallmark correspondence to Falzarano dated 06/06/19, No Bates Stamp; Kelly Depo Ex. 29 | Business Record of Party Opponent | **D:** Stipulated to the Bates stamped version in the claim file | | |
| 30 | November 15, 2021 Request for Dismissal of DeSoto, [previously filed as ECF. 39-3] | Judicial Notice | **D:** Irrelevant | | |
| 31 | Hallmark's August 15, 2023 Motion for Partial Judgment on the Pleadings, [ECF 38] | Judicial Notice | **D:** Irrelevant, 403, hearsay, litigation privilege Civil Code §47 | | |
| 32 | March 2019 to July 2019 e-mail thread between Yalda Neil of Rockport Healthcare Services and Christine Jensen of Hallmark, seeking information about the Love Claim, (HSIC-001260-1261) | Business Record of Party Opponent | **D:** Irrelevant, 403, hearsay | | |
| 33 | July 2019 from Doris Aragon to Christine Jensen, noting | Business Record of Party Opponent | **D:** Irrelevant, 403, hearsay | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | that after months of information requests from the insured "there is nothing in this file.", (HSIC-001280-85) | | | | |
| 34 | Hallmark's February 3, 2020 denial of Love Claim, (HSIC-005013-5049) | Business Record of Party Opponent | D: Irrelevant, 403, hearsay | | |
| 35 | 2022 NAIC Overview for Hallmark Specialty Insurance Company, | Judicial Notice | D: Irrelevant, 403, hearsay, no foundation | - | |
| 36 | Hallmark Financial Services, Inc., November 14, 2023 10-Q | Judicial Notice; Admission of Party Opponent | D: Irrelevant, 403, hearsay, Hallmark Financial Services, Inc. ("HFS") is not a party, no foundation | - | |
| 37 | Hallmark Financial Services, Inc. December 31, 2022 10-K/A | Judicial Notice; Admission of Party Opponent | D: Irrelevant, 403, hearsay, HFS is not a party, no foundation | | |
| 38 | Hallmark Financial Services, Inc., June 21, 2005 Declaration of Trust | Judicial Notice; Admission of Party Opponent | D: Irrelevant, 403, hearsay, HFS is not a party, no foundation | | |
| 39 | Hallmark Financial Services, Inc. December 31, 2022 10-K | Judicial Notice; Admission of Party Opponent | D: Irrelevant, 403, hearsay, HFS is not a party, no foundation | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 40 | Hallmark Financial Services, Inc., 2023, Schedule 14A | Judicial Notice; Admission of Party Opponent | **D:** Irrelevant, 403, hearsay, HFS is not a party, no foundation | | |
| 41 | Hallmark Answer to First Amended Complaint | Judicial Notice | **D:** Irrelevant, 403, litigation privilege Civil Code §47 | | |
| 42 | 2/28/18 Loss run from AIG, HSIC-009342-43 | Business Record of Party Opponent | **D:** No foundation, hearsay, AIG is not a party opponent | | |
| 43 | Foreman Settlement Agreements and Releases, (OM002580-2603) | Yalda Neil | **D:** No foundation, hearsay, irrelevant, 403, not provided to Hallmark at the relevant time | | |
| 44 | Expert Report of Barry Zalma | Barry Zalma | **D:** Hearsay, 403, 702 | | |
| 45 | DeSoto Plaintiff's Mandatory Settlement Conference Brief, (OM000364-369) | Judicial Notice; Sean Cowdrey | **D:** Irrelevant, 403, hearsay, not available or provided to Hallmark prior to making coverage decision | | |
| 46 | October 2018 Richardson Denial, HSIC-002671-2701 | Business Record of Party Opponent | **D:** Irrelevant, 403 | | |
| 47 | October 25, 2018 Tender of DeSoto Complaint to Hallmark by AmWins on Behalf of Oxnard Produced by Hallmark, (HSIC-000125) | Yalda Neil | **D:** Stipulated | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 48 | November 2, 2018 E-mail from Christine Jensen to Rima Badawiya at Lewis Brisbois re: Defending DeSoto Produced by Hallmark, (HSIC- 001033) | Business Record of Party Opponent | **D:** Incorrect Bates number, all objections reserved until actual exhibit is reviewed | | |
| 49 | February 2019 DeSoto Initial Report Drafted by Lewis Brisbois to Christine Jensen [FILED UNDER SEAL], (OM000001-000004) | Business Record of Party Opponent | **D:** Lewis is not a party opponent, hearsay, legal opinion, no foundation, irrelevant, 403 | | |
| 50 | February 15, 2019 Notices of Substitution of Counsel for All DeSoto Defendants, (OM000071- OM000094) | Sean Cowdrey | **D:** Irrelevant | | |
| 51 | Hallmark Motion for Reconsideration, ECF 69 | Judicial Notice | **D:** Irrelevant, hearsay, 403, litigation privilege Civil Code §47 | | |
| 52 | Order Denying Motion for Reconsideration, ECF 87 | Judicial Notice | **D:** Irrelevant, hearsay, 403, litigation privilege Civil Code §47 | | |
| 53 | Hallmark's Motion for Summary Judgment (Joint Brief), ECF 62 | Judicial Notice | **D:** Irrelevant, hearsay, 403, litigation privilege Civil Code §47 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 54 | December 21, 2023 Order on Motion for Summary Judgment ECF 68 | Judicial Notice | **D:** Irrelevant, hearsay, 403, litigation privilege Civil Code §47 | | |
| 55 | Excerpt of Hallmark's July 21, 2023 Amended Responses to Interrogatories, Set One, Interrogatory 11 | Admission by Party Opponent | **D:** Stipulated | | |
| 56 | Invoices from Sean Cowdrey to Oxnard, OM000398-480 | Sean Cowdrey | **D:** Stipulated | | |
| 57 | Documents evidencing *DeSoto* Settlement Payments, OM000505-509 | Casey Lee | **D:** Stipulated but for quote under Casey Lee signature, MIL | | |
| 58 | Records of Oxnard payment of Cowdrey Invoices, OM000481-489 | Casey Lee | **D:** Stipulated but for quote under Casey Lee signature, MIL | | |
| 59 | Wagner Invoices to Oxnard Manor in this litigation | Casey Lee | **D:** Not produced in discovery, no relevant to breach of contract, MIL | | |
| 60 | Records of Oxnard payments of Wagner invoices | Casey Lee | **D:** Not produced in discovery, not relevant to breach of contract, MIL | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 61 | California Office of Statewide Health Planning and Development (OSHPD) Audited Long Term Care Facility Integrated Disclosure and Medi-Cal Cost Report, Oxnard Manor, 2019 | Judicial Notice | **D:** No foundation, irrelevant, hearsay, 403, not produced in discovery or to Hallmark at the relevant time | | |
| 62 | California Office of Statewide Health Planning and Development (OSHPD) Submitted Long Term Care Facility Integrated Disclosure and Medi-Cal Cost Report, Oxnard Manor, 2022 | Judicial Notice | **D:** No foundation, irrelevant, hearsay, 403, not produced in discovery, not prepared at the relevant time, not provided to Hallmark at the relevant time | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 75 | OM's Responses To H's RFA (Set One) | Admission By Party Opponent | **P:** Hallmark does not indicate which among these are relevant to bad faith | | |
| 76 | 02/21/18 E-mail from Rockport To Hallmark | Business Record of Party Opponent | **P:** Document not previously identified; foundation; relevance. | | |
| 77 | 10/26/18 E-Mail from Amanda Fioretti (AmWins) to Christine Jensen (Hallmark) | Terry Kelly | **P:** Foundation. | | |
| 78 | OM's Resp To DeSoto's Form Rogs (Set Two), verified 09/24/2019 | Admission By Party Opponent | **P:** Relevance. Confusion, prejudice. Motion in Limine. | | |
| 79 | Verified Deposition Transcript of Shlomo Rechnitz (Foreman) (08/28/17), HSIC-000001-88 | Admission By Party Opponent | **P:** Relevance. Confusion, prejudice. Motion in Limine. | | |
| 80 | Verified Deposition Transcript of Shlomo Rechnitz (Nevarrez) (01/24/13), ECF62-9 # 2377-2401 | Admission By Party Opponent | **P:** Relevance. Confusion, prejudice. Motion in Limine. | | |
| 81 | Hallmark Amended Response to Interrogatories (Set One) In This Action | Self-Authenticating Discovery In This Action | **P:** Relevance. Foundation. | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 82 | Hallmark Notice of Deposition (Shlomo Rechnitz) and e-mail from Avraham Wagner In This Action | Self-Authenticating Discovery In This Action | **P:** Relevance. Motion in Limine. | | |
| 83 | Hallmark 18/19 Policy, HSIC-000299-321 | Terry Kelly | **P:** Relevance. Motion in Limine. | | |
| 84 | Oxnard Initial Disclosures dated 03/27/2023 | Admission By Party Opponent | **P:** Relevance. | | |
| 85 | Oxnard Complaint, ECF 1-1 | Admission By Party Opponent | **P:** Relevance. | | |
| 86 | Oxnard First Amended Complaint, ECF 32 | Admission By Party Opponent | **P:** Relevance. | | |
| 87 | Oxnard Admission in Joint MSJ, ECF 62 | Admission By Party Opponent | **P:** Relevance. | | |
| 88 | Oxnard Admission in *DeSoto* Discovery, OM009961-67 | Admission By Party Opponent | **P:** Relevance. Motion in Limine. | | |
| 89 | Burl Daniel Report | Burl Daniel | **P:** Foundation, relevance, and impermissible non-rebuttal testimony. *Daubert* Motion; Motion in Limine. | | |
| | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |