Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100, <br><br> Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR <br> (Removed from Los Angeles County Superior Court, Case No. 23STCV02077) <br><br> Hon. Sherilyn Peace Garnett <br> Magistrate Margo A. Rocconi <br><br> **PLAINTIFF'S WITNESS LIST** <br><br> Original Complaint Filed: 2/6/23 <br> Removal: 2/22/23 <br> Trial: 4/30/24 |

1
PLAINTIFF'S WITNESS LIST

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Yalda Neil, Legal Counsel, Rockport Healthcare Services | Provide foundation for documents and correspondence with Hallmark during the in relation to *DeSoto* claim; internal claims management by professional claims services provider to facility; knowledgeable about certain issues on defense and settlement of case | 1.5 | | |
| Casey Lee*, Rockport Healthcare Services | Provide foundation for payments made to attorneys and for settlement of *DeSoto*; provide foundation for invoices and payments made to Wagner Firm in instant litigation. | 0.5 | | |
| Barry Zalma, Barry Zalma, Inc. | Provide testimony on California insurance industry custom and practice in claims handling | 4 | | |
| Amanda Fioretti, Underwriter, AmWINS | Underwriting of Hallmark policy issued to Oxnard Manor, including disclosure of *Foreman* action in policy application; tender of *DeSoto* claim under policy | 1 | | |
| Rima Badawiya, Partner, Lewis Brisbois Bisgaard & Smith LLP | Initial assignment by Hallmark of defense of Oxnard in *DeSoto*; initial handling of Oxnard defense of *DeSoto*; communication with Hallmark related to termination of Oxnard defense in *DeSoto* | 1 | | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Sean D. Cowdrey, Cowdrey Jenkins LLP | Continued defense of *DeSoto;* knowledgeable about certain issues on mediation and settlement of *DeSoto*; foundation for documents generated in the course of representation, invoices submitted to Oxnard | 2 | | |
| Barry Kaye, Oxnard Manor | Rule 30(b)(6) deponent for Oxnard Manor | 1 | | |
| Shun Tong, Rockport Healthcare Services | Describe California Office of Statewide Health Planning and Development (OSHPD) Audited Long Term Care Facility Integrated Disclosure and Medi-Cal Cost Reports | 1 | | |

*Indicates that witness will be called only if the need arises.