1  Avi Wagner (SBN #226688)
   Jennifer N. Hinds (SBN #301804)
2  THE WAGNER FIRM
3  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
4  Telephone:  (310) 491-7949
5  Facsimile:   (310) 694-3967
   Email:        avi@thewagnerfirm.com
6
7  *Attorneys for Plaintiff Oxnard Manor LP*
   *dba Oxnard Manor Health Center*
8

9          **UNITED STATES DISTRICT COURT**
10         **CENTRAL DISTRICT OF CALIFORNIA**

11

| 12 Oxnard Manor LP dba Oxnard Manor<br>13 Health Center, a California Limited<br>14 Partnership, | ) Case No.: 2:23-cv-01322-SPG-MAR<br>) (Removed from Los Angeles County<br>) Superior Court, Case No.<br>) 23STCV02077) |
|---|---|
| 15                          Plaintiff, | ) |
| 16       vs. | ) Hon. Sherilyn Peace Garnett<br>) Magistrate Margo A. Rocconi |
| 17 Hallmark Specialty Insurance Company,<br>18 an Oklahoma Corporation, and DOES 1-<br>19 100, | )<br>) **JOINT      STATUS      REPORT**<br>) **REGARDING SETTLEMENT**<br>) |
| 20                          Defendant(s). | )<br>) |
| 21 | ) Original Complaint Filed: 2/6/23<br>) Removal: 2/22/23<br>) Trial: 4/30/24 |
| 22 | ) |
| 23 | ) |
| 24 | ) |
| 25 | ) |
| 26 | ) |
| 27 | ) |

28

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's Standing Order for Civil Trials, Section II.A, Plaintiff Oxnard Manor, LP ("Plaintiff' or "Oxnard") and Hallmark Specialty Insurance Company ("Defendant" or "Hallmark") by and through their respective counsel of record, hereby submit the following Joint Status Report Regarding Settlement:

The parties have participated in mediation, but did not reach a resolution. Discussions are not ongoing.

Dated:        March 13, 2024              THE WAGNER FIRM

                                         By: */s/ Avi Wagner*

                                         Attorney for Plaintiff Oxnard Manor, LP


Dated:        March 13, 2024              MORISON LAW, LLP

                                         By: */s/ William C. Morison*

                                         William C. Morison

                                         Attorneys for Defendant Hallmark
                                         Specialty Insurance Company