# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>                  Plaintiff,<br><br>  vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>                  Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR (Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE 1 TO EXCLUDE ARGUMENT OR EVIDENCE RE: SHLOMO RECHNITZ** |

On April 10, 2024, Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center's Motion *In Limine* 1 To Exclude Argument Or Evidence Re: Shlomo Rechnitz came for hearing.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. All argument and evidence related to Shlomo Rechnitz shall be excluded.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE