1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,

                Plaintiff,

    vs.

Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,

                Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:23-cv-01322-SPG-MAR
(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* 2 TO EXCLUDE ARGUMENT OR EVIDENCE RE: EXISTENCE OF COVERAGE FOR *DE SOTO***

[PROPOSED] ORDER

1

2      On April 10, 2024, Plaintiff Oxnard Manor LP dba Oxnard Manor Health

3

4   Center's Motion *In Limine* 2 To Exclude Argument Or Evidence Re: the Existence Of

5   Coverage For *De Soto* came for hearing.

6      The Court, having considered Plaintiff's Motion and finding good cause

7

8   therefor, hereby GRANTS the Motion and ORDERS as follows:

9      1. All argument and evidence related the existence of coverage For *De Soto* shall

10  be excluded.

11

12

13      IT IS SO ORDERED.

14

15  Dated: _____

                                    _____
16                                  HON. SHERILYN PEACE GARNETT
                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28