# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>                  Plaintiff,<br><br>vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>                  Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* 3 TO EXCLUDE ARGUMENT OR INFERENCE RE: REDACTED OR WITHHELD PRIVILEGED MATERIALS EVIDENCE A REASONABLE INVESTIGATION BY HALLMARK AND ITS COUNSEL** |

On April 10, 2024, Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center's Motion *In Limine* 3 to Exclude Argument Or Inference that Redacted Or Withheld Privileged Materials Evidence A Reasonable Investigation By Hallmark And Its Counsel came for hearing.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. All argument and inference that redacted or withheld privileged materials evidence a reasonable investigation by Hallmark and its counsel shall be excluded.

IT IS SO ORDERED.

Dated: 

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE