

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>            Plaintiff,<br><br>  vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>            Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO BIFURCATE PUNITIVE DAMAGES** |

On April 10, 2024, Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center's Motion to Bifurcate Punitive Damages came for hearing.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The trial shall be bifurcated into two phases: (1) liability and compensatory damages; and (2) punitive damages.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE