Avi Wagner (SBN #226688)
Jennifer N. Hinds (SBN #301804)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 491-7949
Facsimile:  (310) 694-3967
Email:  avi@thewagnerfirm.com

*Attorneys for Plaintiff Oxnard Manor LP dba Oxnard Manor Health Center*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oxnard Manor LP dba Oxnard Manor Health Center, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>Hallmark Specialty Insurance Company, an Oklahoma Corporation, and DOES 1-100,<br><br>Defendant(s). | Case No.: 2:23-cv-01322-SPG-MAR<br>(Removed from Los Angeles County Superior Court, Case No. 23STCV02077)<br><br>Hon. Sherilyn Peace Garnett<br>Magistrate Margo A. Rocconi<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Original Complaint Filed: 2/6/23<br>Removal: 2/22/23<br>Trial: 4/30/24 |

# PLAINTIFF OXNARD MANOR'S VOIR DIRE QUESTIONS

1. What experience do you have with insurance companies?

2. What experience do you have with nursing homes?

3. Does it upset you when you ask someone to do something, and they tell you that they are considering whether they will do it, but later turns out that they knew they were *not* going to do what you asked, but decided to make you wait for an answer?

4. If someone makes a mistake, should they be punished for it?

Dated: March 27, 2024

THE WAGNER FIRM

By: */s/ Avi Wagner*

Attorney for Plaintiff Oxnard Manor, LP