WILLIAM C. MORISON (No. 99981)
wcm@morison.law
JOANNE M. WENDELL (No. 191785)
jmw@morison.law
MORISON LAW, LLP
3478 Buskirk Avenue, Suite 342
Walnut Creek, CA  94523
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
HALLMARK SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXNARD MANOR LP dba OXNARD MANOR HEALTH CENTER, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY, an Oklahoma Corporation,<br><br>Defendant. | No. 2:23-cv-01322-SPG-MAR<br><br>Honorable Sherilyn Peace Garnett<br><br>DECLARATION OF JOANNE M.WENDELL IN SUPPORT OF DEFENDANT'S JURY INSTRUCTIONS |

I, Joanne M. Wendell, declare as follows:

1. I am an attorney with Morison Law, LLP, counsel to defendant Hallmark Specialty Insurance Company ("Hallmark") in the above-entitled action.  I am familiar with the file in this matter and make this declaration in support of Hallmark's Jury Instructions.  I have personal knowledge of all facts set forth herein and can competently testify thereto.

2. Attached as Exhibit A are Hallmark's Proposed Jury Instructions as provided to plaintiff's counsel in the order previously listed for them for inclusion into the Joint Proposed Jury Instructions.

3. Attached as Exhibit B are all of Hallmark's objections to plaintiff's

1  instructions.

2      4.  Attached as Exhibit C are all of Hallmark's responses to plaintiff's
3  objections to Hallmark's instructions.

4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct and that this declaration was executed
6  in Pleasant Hill, California on March 27, 2024.

                                            /s/ Joanne M. Wendell
                                            Joanne M. Wendell