WILLIAM C. MORISON (No. 99981)
wcm@morison.law
JOANNE M. WENDELL (No. 191785)
jmw@morison.law
MORISON LAW, LLP
3478 Buskirk Avenue, Suite 342
Walnut Creek, CA 94523
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
HALLMARK SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXNARD MANOR LP dba OXNARD MANOR HEALTH CENTER, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY, an Oklahoma Corporation,<br><br>Defendant. | No. 2:23-cv-01322-SPG-MAR<br><br>Honorable Sherilyn Peace Garnett<br><br>NOTICE OF ERRATA / DECLARATION OF JOANNE M.WENDELL IN SUPPORT OF DEFENDANT'S SPECIAL VERDICT FORM AND PLAINTIFF'S JURY INSTRUCTIONS |

I, Joanne M. Wendell, declare as follows:

1. I am an attorney with Morison Law, LLP, counsel to defendant Hallmark Specialty Insurance Company ("Hallmark") in the above-entitled action. I am familiar with the file in this matter and make this declaration in support of Hallmark's Special Verdict Form and plaintiff's jury instructions. I have personal knowledge of all facts set forth herein and can competently testify thereto.

2. Attached as Exhibit A is Hallmark's Special Verdict Form. It was provided to plaintiff's counsel for filing with the joint documents in the second set of pre-trial filings with the Court. The parties have very different views of what

Morison Law, LLP

- 1 -

DEFENDANT'S NOTICE OF ERRATA AND WENDELL DECLARATION IN SUPPORT OF [PROPOSED] SPECIAL VERDICT FORM, JURY INSTRUCTIONS, PFPTO

remains in the case. Defense counsel followed up with plaintiff's counsel stating "Put special verdict form in disputed section and state you reserve all objections". Plaintiff has not provided a proposed verdict form of its own to Hallmark.

3. Plaintiff did not file Hallmark's proposed special verdict form with the Court nor did plaintiff file any verdict form on its own behalf on March 27, 2024.

4. Plaintiff filed jury instructions without Hallmark's final review or permission. Plaintiff filed instructions that it unilaterally chose without advising Hallmark of the specific instructions it would and would not file from Hallmark's previously provided list of instructions.

5. Plaintiff filed the Proposed Joint Pre-Trial Order without Hallmark's final review or permission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Pleasant Hill, California on March 28, 2024.

/s/ Joanne M. Wendell
Joanne M. Wendell

- 2 -
DEFENDANT'S NOTICE OF ERRATA AND WENDELL DECLARATION IN SUPPORT OF [PROPOSED] SPECIAL VERDICT FORM, JURY INSTRUCTIONS, PFPTO

Morison Law, LLP