# EXHIBIT A

NOTICE OF ERRATA / WENDELL DECLARATION

IN SUPPORT OF

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

C.D. Cal. 2:23-cv-01322-SPG-MAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXNARD MANOR LP dba OXNARD MANOR HEALTH CENTER, a California Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY, an Oklahoma Corporation,<br><br>　　　　　Defendant. | No. 2:23-cv-01322-SPG-MAR<br><br>Honorable Sherilyn Peace Garnett<br><br>[PROPOSED] SPECIAL VERDICT FORM<br><br>Date:　　　April 10, 2024<br>Time:　　　3:00 PM<br>Location:　Courtroom 5C<br>　　　　　　First Street Courthouse<br>　　　　　　350 West First St.<br>　　　　　　Los Angeles, CA 90012<br>Trial Date:　April 30, 2024 |

VERDICT FORM

1. Did Oxnard conceal or misrepresent a material fact or circumstance in its answer to question M.3. on the May 25, 2017 insurance application?

   Yes _____

   No _____

   If Yes, answer no more questions, sign the form and return it to the Court. If No, continue to the next question.

2. What amount did Oxnard incur in defense fees and costs, not solely attributable to any other defendant, in *DeSoto*?

   $_____

3. Did the Hallmark policy provide coverage to Oxnard for the *DeSoto* settlement?

    Yes \_\_\_\_

    No \_\_\_\_

    If No, go to question 5.

    If Yes, continue to the next question.

4. What is the covered, reasonable amount of the *DeSoto* settlement that Hallmark owes Oxnard, but no other *DeSoto* defendant?

    $_____

5. Was Hallmark's coverage position in *DeSoto* at least reasonable?

    Yes \_\_\_\_

    No \_\_\_\_

    If Yes, answer no more questions, sign the form and return it to the Court.

    If No, continue to the next question.

6. Did Hallmark act unreasonably and without proper cause handling the *DeSoto* claim?

    Yes \_\_\_\_

    No \_\_\_\_

    If No, answer no more questions, sign the form and return it to the Court.

    If Yes, continue to the next question.

7. Did Hallmark's unreasonable and improper handling of the *DeSoto* claim cause Oxnard to hire attorneys to sue Hallmark for covered amounts due under the Hallmark policy?

    Yes \_\_\_\_

    No \_\_\_\_

    If No, answer no more questions, sign the form return it to the Court.

    If Yes, continue to the next question.

///

8. What is the amount of attorneys' fees Oxnard paid to recover from Hallmark covered amounts due under the Hallmark policy (do not include in this amount any attorneys' fees Oxnard paid to pursue Hallmark for breach of the covenant of good faith and fair dealing)?

    $_____

9. Did Oxnard prove by clear and convincing evidence that Hallmark acted with malice, oppression, or fraud in its handling of the *DeSoto* claim?

    Yes  ____

    No   ____

Dated: May __, 2024

By:_____

Print Name:_____

JURY FOREPERSON