JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXNARD MANOR LP dba OXNARD MANOR HEALTH CENTER, a California Limited Partnership,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY, an Oklahoma corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-01322-SPG-MAR<br><br>**ORDER DISMISSING ACTION** |

　　　On June 13, 2024, Plaintiff Oxnard Manor, L.P. filed a Request for Dismissal seeking dismissal of this action with prejudice. (ECF No. 133 ("Request")). The Court, having considered the Request, and finding good cause therefore, hereby GRANTS the Request and ORDERS that the entire action is to be dismissed with prejudice. Each side is to bear its own costs.

　　　**IT IS SO ORDERED.**

Dated:　June 26, 2024

_[signature]_

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE